IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DEC 20 2023 AM11:32
FILED - USDC - NDTX - AM

UNITED STATES OF AMERICA

v.

JOSAYA JUDE NEVAREZ

No. 2-23CR0096-Z

# INDICTMENT

The Grand Jury Charges:

Count One
Possession with Intent to Distribute Marihuana
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D))

On or about November 11, 2022, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Josaya Jude Nevarez**, defendant, did intentionally and knowingly possess with intent to distribute a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D), and Title 18, United States Code, Section 2.

Count Two
Possession with Intent to Distribute Tetrahydrocannabinols
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

On or about November 11, 2022, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Josaya Jude Nevarez**, defendant, did intentionally and knowingly possess with intent to distribute a mixture and substance containing a detectable amount of tetrahydrocannabinol, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2

Count Three

Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c)(1)(A)(i))

On or about November 11, 2022, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Josaya Jude Nevarez**, defendant, did knowingly possess firearms, to wit, a Taurus, .38 special revolver, serial number XG19483, in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute Marihuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), as charged in Count One of this indictment, an offense for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## Forfeiture Notice

(18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c))

Upon conviction of any offense alleged in this indictment, and pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c), **Josaya Jude Nevarez,** defendant, shall forfeit to the United States of America any property and ammunition involved in or used in the knowing commission of the offenses, and any firearm that represents proceeds the defendant gained, directly or indirectly, from his commission of the offenses, including, but not limited to, a Taurus, .38 special revolver, serial number XG19483, and any additional ammunition, magazines, and / or accessories recovered with the firearm.

A TRUE BILL:

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

MATTHEW A. McLEOD
Assistant United States Attorney
Tennessee State Bar No. 034353
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7351
Facsimile: 806-472-7394
E-mail: matthew.mcleod@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

JOSAYA JUDE NEVAREZ

INDICTMENT

COUNT 1: POSSESSION WITH INTENT TO DISTRIBUTE MARIHUANA
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D).

COUNT 2: POSSESSION WITH INTENT TO DISTRIBUTE TETRAHYDROCANNABINOLS
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

COUNT 3: POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME
Title 18, United States Code, Sections 924(c)(1)(A)(i).

(3 COUNTS + FORFEITURE)

A true bill rendered:

Amarillo ______________________ Foreperson

Filed in open court this 20th day of December, A.D. 2023.

ARREST WARRANT TO ISSUE.

______________________
UNITED STATES MAGISTRATE JUDGE